UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA SKZYNEAR,

    Plaintiff,

v.                                  CASE NO.:  8:16-cv-03174-SCB-JSS

KIA MOTORS FINANCE,

    Defendant.

---

## NOTICE OF SETTLEMENT

**PLAINTIFF,** LAURA SKZYNEAR, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, LAURA SKZYNEAR, and Defendant, KIA MOTORS FINANCE, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 13, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                                */s/Stefan Alvarez*
                                                Stefan A. Alvarez, Esq.
                                                Florida Bar No.:  100681
                                                Stefan@TheConsumerProtectionFirm.com
                                                William Peerce Howard, Esq.
                                                Florida Bar No.:  0103330
                                                Billy@TheConsumerProtectionFirm.com
                                                The Consumer Protection Firm, PLLC
                                                210-A South MacDill Avenue
                                                Tampa, FL 33609
                                                Telephone: (813) 500-1500
                                                Facsimile: (813) 435-2369
                                                *Attorney for Plaintiff*